██ JP MORGAN CHASE BANK, N.A., Respondent, v CHRISTINE PHILLIPS-OSUJI et al., Defendant. SAMUEL OSUJI, Nonparty Appellant. [991 NYS2d 895]—

In an action to foreclose a mortgage, nonparty Samuel Osuji appeals from an order of the Supreme Court, Nassau County (Adams, J.), dated October 15, 2012, which denied his motion for leave to intervene as a defendant.

Ordered that the order is affirmed, without costs or disbursements.

The Supreme Court properly denied the proposed intervenor's motion for leave to intervene as a defendant. The proposed intervenor, the spouse of the defendant Christine Phillips-Osuji, was not, under the facts of this case, entitled to intervene as of right (*see* CPLR 1012; *State St. Bank & Trust Co. v Calandro*, 243 AD2d 705 [1997]; *Arbor Natl. Mtge. v Goldsmith*, 154 Misc 2d 853 [Sup Ct, Nassau County 1992]). Moreover, the denial of leave to intervene by permission was a provident exercise of the Supreme Court's discretion (*see* CPLR 1013; *Pappas v Pappas*, 95 AD3d 1283 [2012]).

The proposed intervenor's remaining contentions are not properly before this Court. Dillon, J.P., Hall, Miller and Hinds-Radix, JJ., concur.